IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 27 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| SINGLE BOX, L.P., ET AL., | § |
| | § |
| Plaintiffs, | § |
| | § |
| VS. | § NO. 4:19-CV-530-A |
| | § |
| BRETT DEL VALLE, ET AL., | § |
| | § |
| Defendants. | § |

FINAL JUDGMENT

In accordance with the order signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiffs, Single Box, L.P., and SB AB West Loop, L.P., f/k/a SB Finco AB, L.P., have and recover from defendants, Brett Del Valle, PRP Menifee, LLC, and Peninsula Retail Partners V, LLC, jointly and severally, judgment in the amount of $3,767,998.06, plus pre-judgment interest in the amount of $9,301.28, and plus $329,543.77 as reasonable attorneys' fees, for a total sum of $4,106,843.11, plus post-judgment interest thereon at the rate of 0.15% computed daily on the unpaid balance from the date of entry of judgment in this action until the full amount of the judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that plaintiffs have and recover from defendants, jointly and severally, their costs of court.

SIGNED July 27, 2020.

_____
JOHN McBRYDE
United States District Judge